**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:  11-cv-00329-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   March 16, 2011** | **Courtroom Deputy:**  Linda Kahoe |

LEHMAN BROTHERS HOLDINGS, INC.,    Matthew David Spohn

    Movant,

    v.

W.J. BRADLEY MERCHANT    David G. Palmer
PARTNERS, LLC,    Tyler Coombe

    Respondent.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:       10:46 a.m.**
Court calls case.  Appearances of counsel.

Discussion and arguments regarding the Motion to Compel W.J. Bradley Merchant Partners, LLC's Responses to Subpoena, doc #[1], filed 2/8/2011.

Mr. Spohn makes an oral motion to withdraw the Motion to Compel.

**ORDERED:**   Movant's oral motion to withdraw the Motion to Compel is **GRANTED**.  Doc #[1] is **WITHDRAWN**.  The Clerk of Court is directed to close this case.

HEARING CONCLUDED.

**Court in recess**:       **11:02 a.m.**
Total time in court:    00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.